IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| RANDY OLIVER and JAMES FUTRELL, on behalf of themselves and all others similarly situated, <br><br>  Plaintiffs, <br><br> VS. <br><br> CITY OF JACKSON, TENNESSEE, <br><br>  Defendant. | No. 1-03-1021-T |

### ORDER MODIFYING CONSENT DECREE

Defendant City of Jackson, Tennessee, filed this motion for modification of the court's consent decree, entered on February 1, 2005. Specifically, Defendant requests that the deadlines set forth in paragraphs two (2), three (3), and four (4) of the consent decree be extended by thirty (30) days until August 26, 2005. Defendant argues that the extension is needed because two witnesses will be on medical leave; thus, Defendant needs more time to complete the work necessary to meet the set deadlines. Plaintiffs do not object to Defendant's request. Because Plaintiffs do not object, Defendant's motion to modify the court's February 1st consent decree is GRANTED. Defendant has an additional thirty (30) days, until August 26, 2005, to meet the deadlines set forth in paragraphs two (2), three (3),

and four (4) of the consent decree.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

13 July 2005
DATE

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 1:03-CV-01021 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Kate Elizabeth Rhodes
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Gregory D. Jordan
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Ave.
Jackson, TN 38301--114

J. Todd Faulkner
BUTLER KOHL & FAULKNER
315 Deaderick St., Ste. 1550
Nashville, TN 37238--010

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

K. Cody Allison
BUTLER KOHL & FAULKNER
315 Deaderick St.
Ste. 1550
Nashville, TN 37238--010

Honorable James Todd
US DISTRICT COURT