| RAMP NON-COMPLIANCE CODES: | | | EXHIBIT 2 & 3 | | | Revised 8-8-2013 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 - Slope/Missing   D-Duplicate | | | ADA CURB RAMP INVENTORY | | | Street W/ Sidewalks | | | |
| 2- Detectable Warning Strip | | | RAMP LOCATIONS FOR PROJECTS COMPLETED BETWEEN JAN. 26, 1992 AND OCT. 2006 | | | | | | |

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
| **STREETS PAVED IN 1992** | | | | | | | | | |
| Channing Way | 45 Bypass | Chickering | Stonebridge | s/w | yes | Y | - | N | 2006 |
| | | | | s/e | yes | Y | - | N | 2006 |
| | | | Hospital Blvd | n/w | yes | Y | - | N | 2006 |
| | | | | n/e | yes | Y | - | N | 2006 |
| | | | Physician's Dr | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Christmasville Rd | I-40 | North City Limits | Holland Lane | n/e | yes | N | 1 | Y | |
| | | | Middle School Rd | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 2 | Y | |
| Forest Avenue | Hollywood | N Royal St | Edenwood | s/e | yes | Y | - | N | 2006 |
| | | | Summar Dr | s/w | yes | Y | - | N | 2006 |
| | | | | s/e | yes | Y | - | N | 2006 |
| | | | | n/w | yes | Y | - | N | 2006 |
| | | | | n/e | yes | Y | - | N | 2006 |
| | | | Linda Vista | s/e | yes | N | 1 | Y | |
| | | | Highland Ave | s/w | yes | Y | - | N | 2011 |
| | | | | n/w | yes | Y | - | N | 2011 |
| | | | | n/e | yes | Y | - | N | 2011 |
| | | | | s/e | yes | Y | - | N | 2011 |
| | | | Hicks St | n/w | yes | N | 1 | Y | |
| Lafayette Street | Airways Blvd | S. Lindsey St | Airways | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | New Market/West Alley | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Shannon St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | N. Highland Ave | s/w | yes | Y | - | N | 2011 |
| | | | | n/w | yes | Y | - | N | 2011 |
| | | | | n/e | yes | Y | - | N | 2011 |
| | | | | s/e | yes | Y | - | N | 2011 |
| | | | Liberty St | s/w | yes | N | 2 | Y | |
| | | | | n/w | yes | N | 2 | Y | |
| | | | | n/e | yes | N | 2 | Y | |
| | | | | s/e | yes | N | 2 | Y | |

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
| | | | Church St | s/w | yes | Y | - | N | 2010 |
| | | | | n/w | yes | Y | - | N | 2010 |
| | | | | n/e | yes | Y | - | N | 2010 |
| | | | | s/e | yes | Y | - | N | 2010 |
| | | | Cumberland St | s/w | yes | Y | - | N | 2011 |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | Y | - | N | 2011 |
| | | | alley | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | N Royal St | s/w | yes | Y | - | N | 2008 |
| | | | | n/w | yes | Y | - | N | 2008 |
| | | | | n/e | yes | Y | - | N | 2008 |
| | | | | s/e | yes | Y | - | N | 2008 |
| | | | Hays Ave | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| Liberty Street | Baltimore | College | Baltimore | n/w | yes | Y | - | N | 2010 |
| | | | | n/e | yes | Y | - | N | 2010 |
| | | | Main | s/e | yes | Y | - | N | 2010 |
| | | | | s/w | yes | Y | - | N | 2010 |
| | | | | n/w | yes | Y | - | N | 2010 |
| | | | | n/e | yes | Y | - | N | 2010 |
| | | | College | s/e | yes | N | 0 | Y | |
| | | | | s/w | yes | N | 0 | Y | |
| Main Street | Airways/Lafayette | 70 Bypass | Riverside Dr | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | West Alley | s/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Shannon St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | N Highland Ave | s/w | yes | Y | - | N | 2011 |
| | | | | n/e | yes | Y | - | N | 2011 |
| | | | | n/w | yes | Y | - | N | 2011 |
| | | | | s/e | yes | Y | - | N | 2011 |
| | | | Church St | s/w | yes | Y | - | N | 2010 |

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | n/e | yes | Y | - | N | 2010 |
| | | | | n/w | yes | Y | - | N | 2010 |
| | | | | s/e | yes | Y | - | N | 2010 |
| | | | Cumberland St | s/w | yes | Y | - | N | 2010 |
| | | | | s/e | yes | Y | - | N | 2010 |
| | | | N Royal St | s/w | yes | Y | - | N | 2008 |
| | | | | n/e | yes | Y | - | N | 2008 |
| | | | | n/w | yes | Y | - | N | 2008 |
| | | | | s/e | yes | Y | - | N | 2008 |
| | | | Hays Ave | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | McRee St | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | 70 Bypass | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| STREETS CONSTRUCTED/RECONSTRUCTED IN 1993 (NO STREETS PAVED) | | | | | | | | | |
| Hospital Boulevard | Channing Way | Physicians Dr | Physicians Dr | s/w | yes | N | 2 | Y | |
| | | | | n/w | yes | N | 2 | Y | |
| STREETS PAVED IN 1994 | | | | | | | | | |
| Airways Blvd | 45 ByPass | Lafayette/Main | Porter St | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Sterling St | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Woodruff St | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Hollywood Dr | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | S Fairground St | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | N Fairground St | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | McCorry St | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Lambuth St | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Johnson St | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| W. Deaderick Street | Lambuth | N. Royal | Lambuth St | s/e | yes | N | 1 | Y | |
| | | | Weir St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | Campbell St | n/w | yes | N | 1 | Y | |

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | n/e | yes | N | 1 | Y | |
| | | | Johnson St | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Vanden St | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Clay St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | N Highland Ave | s/w | yes | Y | - | N | 2011 |
| | | | | n/w | yes | Y | - | N | 2011 |
| | | | | n/e | yes | Y | - | N | 2011 |
| | | | | s/e | yes | Y | - | N | 2011 |
| | | | N Liberty St | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | Church St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Cumberland St | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Prince Edward | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | N Royal St | n/w | yes | Y | - | N | 2013 |
| | | | | s/w | yes | Y | - | N | 2013 |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| Wisdom Street | Fairgrounds Sr. | Prospect Ave | Campbell St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Pleasant St | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Prospect Ave | s/w | yes | N | 1 | Y | |
| STREETS PAVED IN 1995 | | | | | | | | | |
| Ash Street | west dead end | Craig Street | Arrowhead St | s/w | yes | N | 1 | Y | |
| | Craig St | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Barham St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Craig St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| Beechtree Cove | west dead end | Boyd Dr | Boyd Dr | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| Bemis Lane | Missouri Street | west of Highland Ave | Missoouri St | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Conger | Hale Street | King St (E) | Hale St | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| **STREETS CONSTRUCTED/RECONSTRUCTED IN 1995** | | | | | | | | | |
| Physicians Drive | Channing Way | north deadend | Medical Park Blvd | s/w | yes | N | 2 | Y | |
| | | | | n/w | yes | N | 2 | Y | |
| **STREETS PAVED IN 1997** | | | | | | | | | |
| Garland Drive | Walker Rd | Frontage Road | Walker Rd | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Frontage Rd | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| Magnolia Street | Short St | R.R. Tracks | Short St | n/w | yes | N | 1 | Y | |
| Stonewall Street | Whitehall St | Lane Ave | Whitehall St | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Jackson St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Preston Street | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Farris St | n/w | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | Neff St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Lane Ave | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| Vann Drive | 45 ByPass | Highland Avenue | Emporium Dr | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Stonebridge Blvd | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Emporium Dr/ lowes | n/e | yes | Y | - | N | 2007 |
| | | | | n/w | yes | Y | - | N | 2007 |
| | | | Highland Ave | n/e | yes | N | 1 | Y | |

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
| Walker Road | Oil Well Rd | north dead end | Oil Well Rd | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Hull Cv | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | Brooksie Dr | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| **STREETS PAVED IN 1998** | | | | | | | | | |
| Burkett Street | Newton St | Maple St | Newton St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Greenwood Avenue | Briggs St. | Willow Street | N. Royal St | n/e | yes | N | 1 | Y | |
| Lambuth Street | Airways | Highland Ave | Gordon St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | Hatton Street | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Morgan St | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Williams St | s/w | yes | N | 1 | Y | |
| | | | Maple St | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Linden St | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | W.King St | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Princeton St | n/e | yes | N | 1 | Y | |
| | | | Arlington St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Westmoreland Pl | s/e | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Division St | n/e | yes | N | 1 | Y | |
| | | | Roland Avenue | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | Highland Ave | s/e | yes | N | 1 | Y | |
| M. L. King Drive | Royal St | James Buchnan Dr | Royal St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Short St | s/w | yes | N | 1 | Y | |

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Carson St | s/w | yes | N | 1 | Y | |
| | | | Mobile Street | n/e | yes | N | 1 | Y | |
| Orchard Street | LaConte St | Middleton St | LaConte St | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| Preston Street | Royal St | Oak St | Royal St | s/e | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 2 | Y | added 8-6-201: |
| | | | | n/e | yes | N | 3 | Y | from Exh 4 |
| | | | | s/w | yes | N | 4 | Y | |
| | | | Extension St | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| Stonebridge Boulevard | Country Club Ln | Channing Way | Country Club Ln | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Stonecreek Cr | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Sandstone Cr | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | ChanningWay | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Stonebrook Place | Union Univ. Blvd. | 1950' North | Union Univ. Blvd. | n/w | yes | N | 1 | Y | |
| Vann Drive | west deadend | west of 45 Bypass | Pleasant Plains Rd | n/e | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| **STREETS CONSTRUCTED/RECONSTRUCTED IN 1999** | | | | | | | | | |
| Bowling Drive | Old Humboldt Rd | north deadend | Old Humboldt Rd | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Braddock Place | N. Highland Ave | east deadend | N. Highland Ave | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Broadview Drive | Old Hickory Blvd | Wiley Parker Rd | Old Hickory Blvd | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Wiley Parker Rd | s/e | yes | N | 1 | Y | |
| Medical Center Drive | south deadend | Skyline Dr | Skyline Dr | s/w | yes | Y | - | N | 2006 |
| | | | | s/e | yes | Y | - | N | 2006 |
| **STREETS PAVED IN 2000** | | | | | | | | | |
| Barham Street | Circle Drive | Cottonwood St. | Circle Dr | s/e | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | Dairy St | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Ash St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |

Case 1:03-cv-01021-STA   Document 61-2   Filed 02/07/14   Page 8 of 17   PageID 86

Page 8 of 17

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | n/w | yes | N | 1 | Y |  |
|  |  |  |  | n/e | yes | N | 1 | Y |  |
|  |  |  | Birch St | s/e | yes | N | 1 | Y |  |
|  |  |  |  | s/w | yes | N | 1 | Y |  |
|  |  |  |  | n/w | yes | N | 1 | Y |  |
|  |  |  |  | n/e | yes | N | 1 | Y |  |
|  |  |  | Cottonwood St | s/e | yes | N | 1 | Y |  |
|  |  |  |  | s/w | yes | N | 1 | Y |  |
| Campbell Street (S) | W. Deaderick St. | Arlington St. | W. Deaderick St. | s/e | yes | N | 1 | Y |  |
|  |  |  |  | s/w | yes | N | 1 | Y |  |
|  |  |  | McCowat St | s/e | yes | N | 1 | Y |  |
|  |  |  |  | n/e | yes | N | 1 | Y |  |
|  |  |  | Pearl St | s/w | yes | N | 1 | Y |  |
|  |  |  |  | n/w | yes | N | 1 | Y |  |
|  |  |  | Talbot St | s/e | yes | N | 1 | Y |  |
|  |  |  |  | n/e | yes | N | 1 | Y |  |
|  |  |  | Maple St | s/w | yes | N | 1 | Y |  |
|  |  |  |  | n/w | yes | N | 1 | Y |  |
|  |  |  | Dancy St | s/e | yes | N | 1 | Y |  |
|  |  |  |  | n/e | yes | N | 1 | Y |  |
|  |  |  | Linden St | s/e | yes | N | 1 | Y |  |
|  |  |  |  | n/e | yes | N | 1 | Y |  |
|  |  |  |  | s/w | yes | N | 1 | Y |  |
|  |  |  |  | n/w | yes | N | 1 | Y |  |
|  |  |  | King St W | s/e | yes | N | 1 | Y |  |
|  |  |  |  | n/e | yes | N | 1 | Y |  |
|  |  |  |  | s/w | yes | N | 1 | Y |  |
|  |  |  |  | n/w | yes | N | 1 | Y |  |
|  |  |  | Princeton St | s/w | yes | N | 1 | Y |  |
|  |  |  |  | n/w | yes | N | 1 | Y |  |
|  |  |  | Arlington Ave | s/e | yes | N | 1 | Y |  |
|  |  |  |  | s/w | yes | N | 1 | Y |  |
|  |  |  |  | n/w | yes | N | 1 | Y |  |
|  |  |  |  | n/e | yes | N | 1 | Y |  |
| Carriage House Dr | 45 ByPass | Highland Ave | Weatherford Sq | s/w | yes | N | 1 | Y |  |
|  |  |  |  | s/e | yes | N | 1 | Y |  |
|  |  |  | Brentshire Sq | s/w | yes | N | 1 | Y |  |
|  |  |  |  | s/e | yes | N | 1 | Y |  |
|  |  |  | Devonshire Cove | s/w | yes | N | 1 | Y |  |
|  |  |  |  | s/e | yes | N | 1 | Y |  |
|  |  |  | Federal Drive | n/w | yes | N | 1 | Y |  |
|  |  |  |  | n/e | yes | N | 1 | Y |  |
|  |  |  |  | n/w | yes | N | 1 | Y |  |

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | n/e | yes | N | 1 | Y | |
| | | | Wallace Rd | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Highland Ave | s/w | yes | Y | - | N | 2011 |
| | | | | n/w | yes | Y | - | N | 2011 |
| Church Street | Deaderick St | Hale St. | Bishop Pl | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Hale St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| Coatsland Drive | Skyline Dr. | 925 ft north | Skyline Dr | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| First Street | James Buchanan D | Walker Ave | James Buchanan | s/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Day St | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Fenner | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Walker Ave | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| Hollywood Drive | Airways Blvd | Wallace Rd | Airways Blvd | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Burkett Street | n/e | yes | N | 1 | Y | |
| | | | Hatton Street | n/w | yes | N | 1 | Y | |
| | | | Robbins St | s/e | yes | N | 1 | Y | |
| | | | Williams St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Montgomery St | n/w | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | Rosedale St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | s/e | yes | Y | - | N | 2012 |
| | | | Arlington Ave | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Mason St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | Iris Dr | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Alexander St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| Jackson Street | Hays Ave | Whitehall St | Hays Ave | s/w | yes | Y | - | N | 2010 |

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | n/w | yes | Y | - | N | 2010 |
| | | | | n/e | yes | Y | - | N | 2010 |
| | | | | s/e | yes | Y | - | N | 2010 |
| | | | Laconte St | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Whitehall St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| Prince Edward Street | Deaderick St | Hale St. | Bishop Pl | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Hale St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| Rosewood Street | south deadend | Lexington St | Rosewood Cr S | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | Rosewood Cr N | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | Lexintgon | s/w | yes | N | 1 | Y | |
| University Parkway | Elmfield Cove | Highland Ave | Elmfield Cv | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Cheyenne Dr | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Highland Ave | s/w | yes | Y | - | N | 2011 |
| | | | | n/w | yes | Y | - | N | 2011 |
| | | | | n/e | yes | Y | - | N | 2011 |
| | | | | s/e | yes | Y | - | N | 2011 |
| Lafayette Street | Shannon St. | Royal St. | Shannon St | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Highland Ave | s/w | yes | Y | 0 | N | |
| | | | | n/w | yes | Y | 1 | N | |
| | | | | n/e | yes | Y | 2 | N | |
| | | | | se | yes | Y | 3 | N | |
| Liberty Street | College | Chester | Chester | n/e | yes | N | 1 | Y | |
| | | | | n/w | yes | Y | - | N | 2010 |
| Summar Drive | Skyline Dr. | Coatsland drive | Skyline Drive | n/e | yes | N | 1 | Y | |
| | | | Coatsland Dr | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| Campbell Street | Arlington | Highland | Grand Ave | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Division Ave | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Wisdom St | s/e | yes | N | 1 | Y | |
| | | | Northlake Drive | n/e | yes | N | 1 | Y | |
| | | | Westwood Ave | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | Y | - | N | 2005 |
| | | | Highland Ave | n/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Conalco Drive | N. Parkway | north deadend | N. Parkway | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 2 | Y | |
| | | | | n/w | yes | N | 3 | Y | |
| Skyline Drive | Edenwood Dr | Highland Ave | Summar | s/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | Y | - | N | 2006 |
| | | | Medical Center Drive | s/e | yes | Y | - | N | 2006 |
| **STREETS CONSTRUCTED/RECONSTRUCTED IN 2001** | | | | | | | | | |
| Lambuth Streetscape | Maple St | W. King St | Maple Street | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | W. King Str. | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| **STREETS PAVED IN 2002** | | | | | | | | | |
| Allen Street | A Street | C Street | A Street | n/w | yes | N | 2 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | B Street | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | C Street | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Birch Street | Morris Ave | Barham Ave | Morris Ave | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
| | | | Arrowhead St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| Fairgrounds Street (N) | Hatton St | Maple St | Hatton St | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Newton St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | Williams St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| Gates Street | Lexington St | E Deaderick St | Lexington St | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | E Deaderick St | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| Institute Street | South St | M L King Jr Dr | M L King | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| Lenoir | south dead end | Chester St | Chester St | s/e | yes | Y | - | N | 2011 |
| | | | | s/w | yes | Y | - | N | 2011 |
| McCowat Street | Campbell St | Highland Ave | Vanden St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Cedar Street | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Highland Ave | s/w | yes | Y | - | N | 2011 |
| | | | | n/w | yes | Y | - | N | 2011 |
| Middle Street | M L King Dr | north deadend | M L King Dr | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | 2nd Street | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | 1st Street | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Morris Avenue | Birch St | Cottonwood St | Cottonwood St | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Norvel Drive | Harts Bridge Rd | Dustin Dr | Dustin Dr | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| Ridgecrest Road | Highland Ave | west of Campbell St | Highland Ave | s/e | yes | Y | - | N | 2011 |
| | | | | n/e | yes | Y | - | N | 2011 |
| | | | Lamar Circle | s/e | yes | N | 1 | Y | |
| | | | Corporate Blvd | n/e | yes | N | 1 | Y | |
| | | | Twin Oaks Pl | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | MCO Rd | n/w | yes | N | 1 | Y | |

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | n/e | yes | N | 1 | Y | |
| | | | Autumn Valley Dr | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Ridge Oak Pl | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Simms Street | Lane Ave | Northwood Alley | Wilkinson | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | Alice Street | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| Taylor Street | Hays Ave | Whitehall St | Hays St | s/e | yes | Y | - | N | 2009 |
| | | | | n/e | yes | Y | - | N | 2009 |
| Tomlin Street | Lexington St | Whitehall St | Lexington St | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Tucker Street | Forest Ave | Highland Ave | Highland | n/w | yes | Y | - | N | 2011 |
| Vance Avenue | south deadend | Chester St | Chester | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| Wallace Road | Hollywood Dr | N. Parkway | North Parkway | s/w | yes | N | 1 | Y | |
| Woodrow Street | Highland Ave | Langford St | Highland Ave | s/e | yes | Y | - | N | 2011 |
| | | | | n/e | yes | Y | - | N | 2011 |
| Young Street | Gin St | Farwell St | Gin St | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Farwell St | n/w | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| STREETS CONSTRUCTED/RECONSTRUCTED IN 2002 | | | | | | | | | |
| STREETS PAVED IN 2003 | | | | | | | | | |
| B Street | west deadend | Missouri St | Kentucky St | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Tennessee St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Massacheusettes St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Missouri St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| Baltimore Street | Royal St | Hamilton | Royal St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Walden | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | High St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | Hays St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Craig Street | Dairy St | Ash St | Dairy St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | Barton St | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Crest St | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| Cumberland Street | Deaderick St | Hale St | Bishop Pl | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Dupree Street | Hays | Whitehall | Hays St | s/e | yes | Y | - | N | 2009 |
| | | | | n/e | yes | Y | - | N | 2009 |
| | | | Laconte | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Whitehall | s/w | yes | Y | - | N | 2010 |
| Fairgrounds Street N | Airways | Hatton St | Gordon St | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Hatton St. | s/w | yes | N | 1 | Y | |
| Hays Avenue | Chester | College | Chester | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Main St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Lafayette St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | College | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Hays Avenue | Taylor | Lane | Lee St | s/w | yes | Y | - | N | 2009 |
| | | | | n/w | yes | Y | - | N | 2009 |
| | | | Walsh St | s/w | yes | Y | - | N | 2009 |
| | | | | n/w | yes | Y | - | N | 2009 |

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
| | | | Preston St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Eden St | s/e | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Carter St | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | Orchard St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Lane Ave | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| High Street | E. Chester | Main | E Chester | n/e | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | Main St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| Judson Street | Herron St | Young St | Herron | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Young | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| Laconte Street | Preston | Orchard | Preston St | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Eden St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Panola St | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Lindsey Street | Lafayette | Lexington | Lexington | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| Massachusetts Street | A Street | C Street | A Street | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | C Street | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| North Royal Street | E College | Deaderick | E College | s/e | yes | Y | - | N | 2007 |
| | | | | s/w | yes | Y | - | N | 2007 |
| | | | | n/w | yes | Y | - | N | 2007 |
| | | | | n/e | yes | Y | - | N | 2007 |
| | | | Lexington | s/e | yes | N | 1 | Y | |

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | n/e | yes | N | 1 | Y | |
| | | | Mill St | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 2 | Y | |
| | | | Orleans | s/e | yes | Y | - | N | 2013 |
| | | | | s/w | yes | Y | - | N | 2013 |
| | | | | n/w | yes | Y | - | N | 2013 |
| | | | | n/e | yes | Y | - | N | 2013 |
| Pine Street | Lane | Alice | Alice St | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| Preston Street | Hays | Whitehall | Laconte | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Middleton | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Stonewall | s/e | yes | N | 1 | Y | |
| | | | Whitehall | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| Riverside Drive | city limit | Main Street | Sycamore | n/e | yes | N | 1 | Y | |
| | | | W Chester | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | Barr Ave | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | Baltimore | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Tinkerhill Road | Highland | Wiley Parker Rd | Highland | s/w | yes | Y | - | N | 2011 |
| | | | | n/w | yes | Y | - | N | 2011 |
| Tinkerhill Road | Highland | | McDaniel | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| Twin Oaks Place | Fair Oaks | Ridgrecrest | Ridgecrest | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| Walker Street | south deadend | 1st Street | 1st Street | s/e | yes | N | 1 | Y | |
| | | | | s/w | yes | N | 1 | Y | |
| Walsh Street | Oak | Hays | Oak | s/e | yes | Y | - | N | 2010 |
| Webster Street | Lane | Berry | Berry | s/w | yes | N | 1 | Y | |
| West Park Place | McCorry | deadend | McCorry | s/e | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| Young Street | Missouri | deadend | Missouri | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Herron St | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| STREET CONSTRUCTED/RECONSTRUCTED IN 2003 | | | | | | | | | |
| Southcreek Drive | S Highland Ave | east deadend | S Highland Ave | s/e | yes | N | 1 | Y | |

| STREET | BEGIN | END | INTERSECTIONS | QUADRANT | SIDEWALK | ADA COMPLIANT | NON-COMPLIANT | REPLACE | YEAR UPGRADED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | n/e | yes | N | 1 | Y | |
| STREETS CONSTRUCTED/RECONSTRUCTED IN 2004 (NO STREETS PAVED) | | | | | | | | | |
| Baltimore Street | Highland Ave | Liberty St | Highland Ave | s/e | yes | Y | - | N | 2011 |
| | | | | n/e | yes | Y | - | N | 2011 |
| | | | Liberty St | s/w | yes | Y | - | N | 2010 |
| Oil Well Road | Walker Rd. | Stonebrook Place | Walker Rd. | s/w | yes | N | 1 | Y | |
| | | | | n/w | yes | N | 1 | Y | |
| | | | | n/e | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | Stonebrook Pl | s/w | yes | N | 1 | Y | |
| | | | | s/e | yes | N | 1 | Y | |
| | | | 45 Bypass Frontage Rd | n/e | yes | N | 1 | Y | |
| | | | | n.w | yes | N | 1 | Y | |
| Security Drive | west deadend | Murray Guard Dr | Murray Guard | s/w | yes | Y | - | N | 2007 |
| | | | | n/w | yes | Y | - | N | 2007 |

TOTAL: 686

compliant 106
Non-compliant 580

Updated 11-13-2012 to include
STREETS CONSTRUCTED/RECONSTRUCTED IN 2005 (NO STREETS PAVED)

STREETS CONSTRUCTED/RECONSTRUCTED IN 2006 (NO STREETS PAVED)