IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| **RANDY OLIVER,** | | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Case No. 1:03-cv-1021-T |
| | ) | |
| **CITY OF JACKSON,** | ) | |
| **TENNESSEE,** | ) | |
| **Defendant.** | ) | |

## ANNUAL REPORT

Defendant City of Jackson, Tennessee reports to the Court on the progress made towards remediation of ADA issues outlined in the previous settlement agreements. As of July 29, 2025, the City has completed the repair or replacement of ramps/intersections and sidewalks as outlined in Exhibits A and B.

                                              RAINEY, KIZER, REVIERE & BELL, P.L.C.

                                              s/John D. Burleson
                                          John D. Burleson, BPR No. 010400
                                          209 E. Main Street
                                          Jackson, TN  38302
                                          (731) 423-2414
                                          jburleson@raineykizer.com

                                          *Attorney for City of Jackson*

**CERTIFICATE OF SERVICE**

On July 29, 2025, I electronically filed a copy of this document. The Court's electronic filing system will provide notice to all parties indicated on the electronic filing report. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

    K. Cody Allison                                J. Todd Faulkner
    AmSouth Center, Suite 1550           2501 Crossfield Drive
    315 Deaderick Street                    Nashville, TN 37214
    Nashville, TN 3723B-15SO

                                                 s/ John D. Burleson