| | A | B | C | D | E | F | M | N |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | NON COMPLIANCE | Per Year (linear ft) | Total (linear feet) | | | | | |
| 4 | **CONDITION** | 25,687 | 517375 | | | | | |
| 5 | **OBSTRUCTION** | 14,626 | 292525 | | | | | |
| 6 | | | | | | | | |
| 7 | | | **2024-25 CONSENT DECREE PROGRESS** | | | | | |
| 8 | | | **NON COMPLIANCE CONDITION** | | | | | |
| 9 | Street | Side | From | To | Condition Non Compliance Codes | Segment Length | COMPLETE | COMPLETE % |
| 10 | Oak St. | East | Preston St. | Eden St | 4f | 650 | Y | 0.13% |
| 11 | Oak St. | West | Preston St. | Eden St | 4f,2d | 650 | Y | 0.13% |
| 12 | Preston St. | South | Royal | RR Xing | 4c | 500 | Y | 0.10% |
| 13 | Roland St. | North | Campbell St. | Prospect | 3b,6a | 600 | Y | 0.12% |
| 14 | Roland St. | South | Campbell St. | Prospect | 6c | 600 | Y | 0.12% |
| 15 | Roosevelt Parkway | South | Labelle | Lincoln | 4a | 1,200 | Y | 0.23% |
| 16 | South Massachusetts | East | 2nd St. | 6th St | 3a,4f | 1,850 | Y | 0.36% |
| 17 | South Massachusetts | West | 2nd St. | 6th St | 3a,4e | 1,850 | Y | 0.36% |
| 18 | West Deaderick | North | Lambuth St. | Johnson St. | 5f,4b,3a | 800 | Y | 0.16% |
| 19 | Archwood North | East | Parkway | Dead End | 3c,4b,6d | 1,100 | Y | 0.22% |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | 9,800 | TOTAL COMPLETE | 1.91% |
| 29 | | | | | | | | |



EXHIBIT A

## 2024-25 CONSENT DECREE PROGRESS

### EXHIBIT 2 & 3

| COMPLETE | STREET | INTERSECTION | QUADRANT |
|---|---|---|---|
| 2024-25 | Main St. | 70 Bypass | NE |
| 2024-25 | Main St. | 70 Bypass | NW |

### EXHIBIT 4

| COMPLETE | STREET | INTERSECTION | QUADRANT |
|---|---|---|---|
| 2024-25 | Parkway Ave N. | F.E. Wright Dr. | NE |
| 2024-25 | Parkway Ave N. | F.E. Wright Dr. | NW |
| 2024-25 | Parkway Ave N. | F.E. Wright Dr. | SE |
| 2024-25 | Parkway Ave N. | F.E. Wright Dr. | SW |
| 2024-25 | Royal St. | Parkway Ave | NW |
| 2024-25 | Royal St. | Parkway Ave | SW |
| 2024-25 | Royal St. | Parkway Ave | NE |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | . | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |
| 69 | | | | | | | | | |
| 70 | | | | | | | | | |
| 71 | | | | | | | | | |
| 72 | | | | | | | | | |
| 73 | | | | | | | | | |
| 74 | | | | | | | | | |
| 75 | | | | | | | | | |

|    | A | B | C | D | E | F | G | H | I |
|----|---|---|---|---|---|---|---|---|---|
| 76 |   |   |   |   |   |   |   |   |   |
| 77 |   |   |   |   |   |   |   |   |   |
| 78 |   |   |   |   |   |   |   |   |   |
| 79 |   |   |   |   |   |   |   |   |   |
| 80 |   |   |   |   |   |   |   |   |   |
| 81 |   |   |   |   |   |   |   |   |   |
| 82 |   |   |   |   |   |   |   |   |   |
| 83 |   |   |   |   |   | 7 | OF | 759 | 1.21% |
| 84 |   |   |   |   |   |   |   |   |   |
| 85 |   |   |   |   |   |   |   |   |   |
| 86 | 2 | OF | 579 | 0.35% |   |   |   |   |   |
| 87 |   |   |   |   |   |   |   |   |   |