## ADA Consent Decree Progress

|  | | | Condition | | | Obstruction | | |
|---|---|---|---|---|---|---|---|---|
| Year | FY | Required % | Sidewalk | Actual | Act % | Sidewalk | Actual | Act % |
| 1 | 2015 | 5% | 25869 | 21000 | 4.1% | 14626 | 20650 | 7.1% |
| 2 | 2016 | 10% | 51738 | 17900 | 3.5% | 29253 | 150 | 0.1% |
| 3 | 2017 | 15% | 77606 | 16100 | 3.1% | 43879 | 0 | 0.0% |
| 4 | 2018 | 20% | 103475 | 40900 | 7.9% | 58505 | 23200 | 7.9% |
| 5 | 2019 | 25% | 129344 | 36300 | 7.0% | 73131 | 6700 | 2.3% |
| 6 | 2020 | 30% | 155213 | 37900 | 7.3% | 87758 | 102925 | 35.2% |
| 7 | 2021 | 35% | 181081 | 37150 | 7.2% | 102384 | 500 | 0.2% |
| 8 | 2022 | 40% | 206950 | 11800 | 2.3% | 8117010 | 0 | 0.0% |
| 9 | 2023 | 45% | 232819 | 15,050 | 2.9% | 8131636 | 0 | 0.0% |
| 10 | 2024 | 50% | 258688 | 11,550 | 2.2% | 8146263 | | |
| 11 | 2025 | 55% | 284556 | 9800 | 1.9% | 8160889 | | |
| 12 | 2026 | 60% | 310425 | | | 8175515 | | |
| 13 | 2027 | 65% | 336294 | | | 8190141 | | |
| 14 | 2028 | 70% | 362163 | | | 8204768 | | |
| 15 | 2029 | 75% | 388031 | | | 8219394 | | |
| 16 | 2030 | 80% | 413900 | | | 8234020 | | |
| 17 | 2031 | 85% | 439769 | | | 8248646 | | |
| 18 | 2032 | 90% | 465638 | | | 8263273 | | |
| 19 | 2033 | 95% | 491506 | | | 8277899 | | |
| 20 | 2034 | 100% | 517375 | | | 8292525 | | |

EXHIBIT B

|  | | | | After 1992 | | | Before 1992 | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Year | FY | Required % | Ramps | Actual | Act % | Ramps | Actual | Act % |
|  | 1 | 2015 | 7% | 39 | 93 | 16.1% | 50.6 | 87 | 11.5% |
|  | 2 | 2016 | 14.00% | 77 | 6 | 1.0% | 101.2 | 29 | 3.8% |
|  | 3 | 2017 | 21.00% | 116 | 24 | 4.2% | 151.8 | 8 | 1.1% |
|  | 4 | 2018 | 28.00% | 154 | 21 | 3.6% | 202.4 | 0 | 0.0% |
|  | 5 | 2019 | 35.00% | 193 | 7 | 1.2% | 253 | 21 | 2.8% |
|  | 6 | 2020 | 42.00% | 231 | 31 | 5.4% | 303.6 | 75 | 9.9% |
|  | 7 | 2021 | 49.00% | 270 | 7 | 1.2% | 354.2 | 43 | 5.7% |
|  | 8 | 2022 | 56.00% | 308 | 39 | 6.7% | 408.8 | 14 | 1.8% |
|  | 9 | 2023 | 63.00% | 347 | 1 | 0.2% | 459.4 | 8 | 1.1% |
|  | 10 | 2024 | 70.00% | 385 | 1 | 0.2% | 510 | 4 | 0.5% |
|  | 11 | 2025 | 77.00% | 424 | 4 | 0.7% | 560.6 | 7 | 0.9% |
|  | 12 | 2026 | 84.00% | 462 |  |  | 611.2 |  |  |
|  | 13 | 2027 | 91.00% | 501 |  |  | 661.8 |  |  |
|  | 14 | 2028 | 98.00% | 539 |  |  | 712.4 |  |  |
|  | 15 | 2029 | 105.00% | 577.7 |  |  | 763 |  |  |